UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| MIA D. C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:21-cv-04180-SLD-JEH |
| | ) |
| KILOLO KIJAKAZI, | ) |
| | ) |
| Defendant. | ) |

ORDER

Before the Court is a Joint Motion for Remand ("Joint Motion"), ECF No. 16. The parties request that the Court reverse the Acting Commissioner of Social Security's ("the Commissioner") decision and remand the cause for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), which authorizes the Court to "enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner . . . , with or without remanding the cause for a rehearing."

Upon remand, the administrative law judge ("ALJ") will conduct a new hearing, further develop the record, and issue a new decision. Joint Mot. 1. The ALJ will "evaluate the medical opinions of record; evaluate [Plaintiff Mia D. C.'s] residual functional capacity, with citation to the medical evidence that supports each limitation assessed and with consideration for all of her impairments; and obtain additional vocational evidence as necessary." *Id*.

The Court finds the remand request appropriate. Accordingly, the Commissioner's decision in this matter is REVERSED, and the cause is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). In light of this ruling, Plaintiff's Motion for Summary Judgment, ECF No. 12, is MOOT. The Clerk is directed to enter judgment and close the case.

Entered this 28th day of July, 2022.

s/ Sara Darrow

SARA DARROW
CHIEF UNITED STATES DISTRICT JUDGE